UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| PETER HASSAPELIS, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Civil No. 2:10-cv-00401-GZS ) |
| FORD MOTOR CO., INC., | ) ) |
| Defendant | ) |

## RECOMMENDED DECISION

On September 24, 2010, I denied plaintiff's motion for leave to proceed in forma pauperis because I believed that his reported income did not support waiving the filing fee. I gave Hassapelis until October 1, 2010, to pay the filing fee. As of today's date Hassapelis has not paid the filing fee, appealed my order denying him in forma pauperis status, or amended his complaint to clarify the jurisdictional concerns I raised in my order denying leave to proceed in forma pauperis. I now recommend that this court dismiss this complaint without prejudice under Rule 41 of the Federal Rules of Civil Procedure because of the plaintiff's failure to prosecute his lawsuit in a timely manner.

NOTICE

A party may file objections to those specified portions of a magistrate judge's report or proposed findings or recommended decisions entered pursuant to 28 U.S.C. § 636(b)(1)(B) for which *de novo* review by the district court is sought, together with a supporting memorandum, within fourteen (14) days of being served with a copy thereof. A responsive memorandum shall be filed within fourteen (14) days after the filing of the objection.

Failure to file a timely objection shall constitute a waiver of the right to *de novo* review by the district court and to appeal the district court's order.

/s/ Margaret J. Kravchuk
U.S. Magistrate Judge

Date  October 5, 2010