# UNITED STATES DISTRICT COURT
# DISTRICT OF MAINE

| | |
|---|---|
| PETER HASSAPELIS, )<br>)<br>      **Plaintiff** )<br>)<br>  v. )<br>)<br>FORD MOTOR CO., INC. , )<br>)<br>      **Defendant** ) | Civil No. 10-401-P-S |

## ORDER AFFIRMING THE
## RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

No objections having been filed to the Magistrate Judge's Recommended Decision (Docket No. 5) filed October 5, 2010, the Recommended Decision is **AFFIRMED**.

Accordingly, it is **ORDERED** that Plaintiff's Complaint (Docket No. 1) is **DISMISSED WITH PREJUDICE** under Rule 41 of the Federal Rules of Civil Procedure because of Plaintiff's failure to prosecute his lawsuit in a timely manner.

                                                    /s/ George Z. Singal
                                                    United States District Judge

Dated this 27th day of October, 2010.